FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

SEP 28 AM 10:00

U.S. DISTRICT COURT
N.D. OF ALABAMA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff(s),

vs.                       CASE NO. CV 99-J-2454-J

HARDEN MANUFACTURING
CO.,

    Defendant(s).

ENTERED
SEP 28 2000  asl

### ORDER OF DISMISSAL

The parties having filed a joint stipulation for dismissal (doc. 12), and the court having considered the same and the court being of the opinion that this case should be dismissed;

It is therefore **ORDERED** by the Court that this action be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 28 day of September, 2000.

Inge P. Johnson
United States District Judge

cc: Ella Simmons

13